

# Fourth Court of Appeals
## San Antonio, Texas

April 23, 2013

No. 04-12-00802-CV

Melissa **SUTTON,**
Appellant

v.

Patricia **ANGELL**
Appellee

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 11-05-00128-CVK
Honorable Stella Saxon, Judge Presiding

# O R D E R

Steve Turner is the court reporter responsible for preparing, certifying, and timely filing the reporter's record in this accelerated appeal. On December 31, 2012, Mr. Turner filed one volume of a two-volume reporter's record. Attempts by the clerk of this court to contact Mr. Turner by telephone and have him file volume two have been unsuccessful.

Therefore, Mr. Turner is hereby ORDERED to file Volume Two of the reporter's record no later than May 3, 2013. If Mr. Turner does not file Volume Two by May 3, 2013, a show cause order shall issue directing Mr. Turner to appear on a day certain and show cause why he should not be held in contempt for failing to file the record. The clerk of this court shall cause a copy of this order to be served on Mr. Turner by certified mail, return receipt requested, and by regular United States mail.

Because the trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed, the clerk of this court shall also cause a copy of this order to be served upon the trial court. *See* TEX. R. APP. P. 35.3(c).

It is so **ORDERED** on April 23, 2013.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court